UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

          Plaintiff,

v.

RANDALL DELLINGER,

          Defendant.

Case:4:13-cr-20808
Judge: Goldsmith, Mark A.
MJ: Hluchaniuk, Michael J.
Filed: 11-06-2013 At 02:43 PM
INDI USA V. RANDALL DELLINGER (PSM)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
Interstate Communication of a Threat; 18 U.S.C. §875(c)

On or about June 25, 2012, in the Eastern District of Michigan, Randall Dellinger knowingly and willfully transmitted in interstate commerce from the State of Michigan to Washington, D.C., a communication, that is a telephone call to United States Senator, Carl Levin, that contained a threat to injure Levin and others,

that is Randall Dellinger stated that he was going to start "wasting" Levin and others, all in violation of Title 18, United States Code, Section 875(c).

**THIS IS A TRUE BILL.**

                                                        s/FOREPERSON

Dated: November 6, 2013

BARBARA L. MCQUADE
United States Attorney

| | |
|---|---|
| s/NANCY A. ABRAHAM | s/ROBERT W. HAVILAND, AUSA |
| Assistant United States Attorney | for CRAIG F. WININGER |
| 2nd Floor Federal Building | Assistant United States Attorney |
| 600 Church Street | Chief, Branch Offices |
| Flint, MI   48502 | |
| (810) 766-5034 | |
| Email: Nancy.Abraham@usdoj.gov | |
| P42060 | |

Companion Case information MUST be completed by AUSA and initialed.

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

Case: 4:13-cr-20808
Judge: Goldsmith, Mark A.
MJ: Hluchaniuk, Michael J.
Filed: 11-06-2013 At 02:43 PM
INDI USA V. RANDALL DELLINGER (PSM)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form

**Reassignment/Recusal Information** This matter

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes   ☐ No

Companion Case Number:

Judge Assigned:

AUSA's Initials: Abraham

Case Title: USA v. RANDALL DELLINGER

County where offense occurred: Genesee County

Check One:   ☑ Felony     ☐ Misdemeanor     ☐ Petty

____Indictment/____Information --- no prior complaint.
  X  Indictment/____Information --- based upon prior complaint [Case number: 13-mj-30675]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

Superseding to Case No: _____     Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 6, 2013
_____
Date

*[signature: Nancy Abraham]*

NANCY A. ABRAHAM
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: nancy.abraham@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013