UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

RANDALL W. DELLINGER,

          Defendant.
_____/

Criminal No. 13-cr-20808

Hon. Mark A. Goldsmith
United States District Judge

### ORDER REGARDING DEFENDANT'S EMERGENCY MOTION TO STAY (Dkt. 21)

On June 10, 2014, the Court issued an opinion and order granting the Government's request to involuntarily administer medication to Defendant Randall Dellinger to restore him to competency to stand trial. See 6/10/14 Op. and Order (Dkt. 18). On June 12, 2014, Defendant filed an emergency motion to stay that decision pending review by the Sixth Circuit Court of Appeals. Def. Mot. to Stay (Dkt. 21).

In light of the urgency of Defendant's request, the Government shall file its response to Defendant's motion on or before June 16, 2014. The Government's response must indicate whether treatment has already commenced and, if so, whether interruption of that treatment creates any medical risk. Defendant may file a reply on or before June 17, 2014.

      SO ORDERED.

Dated: June 13, 2014
     Flint, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 13, 2014.

                                                  s/Deborah J. Goltz
                                                  DEBORAH J. GOLTZ
                                                  Case Manager