UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Criminal No.: 13-cr-20808

v                                         HON. Linda V. Parker
                                          United States District Judge

RANDALL W. DELLINGER,

        Defendant.
_____/

**STIPULATION AND ORDER ADJOURNING COMPETENCY HEARING
AND RE: SPEEDY TRIAL RIGHTS**

The parties to this action, through their undersigned attorneys, hereby stipulate and agree to adjourn the Competency Hearing scheduled for Tuesday, January 12, 2016 at 1:00 p.m. to January 20, 2016 at 11:30 a.m. The parties agree that any period of delay resulting from this continuance shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7).

| | |
|---|---|
| s/NANCY ABRAHAM(w/consent) | s/ELIAS J. ESCOBEDO, JR. |
| Assistant United States Attorney | Attorney for Defendant |
| 600 Church Street | 995 W. Huron |
| Flint, MI 48502 | Waterford, MI 48328 |
| (810) 766-5034 | (248) 682-8400 |
| Nancy.Abraham@usdoj.gov | eescobedo@ameritech.net |
| P42060 | P37808 |

**ORDER**

Based on the foregoing stipulation, it is ORDERED that the Competency Hearing scheduled for January 12, 2016 at 1:00 p.m. is adjourned to January 20, 2016 at 11:30 a.m.

And it is further ordered that the resulting delay in trial from the date of the Competency Hearing until the Trial date shall be excluded in calculating the time period of 18 U.S.C. §3161(c)(1).

**SO ORDERED.**

                                    s/ Linda V. Parker
                                    LINDA V. PARKER
                                    U.S. DISTRICT JUDGE

Dated: January 7, 2016